

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2020

No. 04-20-00203-CV

Michael S. **GOODLETT**, Jr., through his legal Guardian, Michael S. Goodlett, Sr.,
Appellant

v.

**NORTHEAST INDEPENDENT SCHOOL DISTRICT**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-03596
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

       The trial court clerk filed a notification of late record stating that the clerk's record has not been filed because appellant failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee. It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court